IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| MARK ALLEN PRINKEY,<br><br>Petitioner,<br><br>vs.<br><br>SUPERINTENDENT HAINSWORTH, and DISTRICT ATTORNEY OF BEDFORD COUNTY,<br><br>Respondents. | Civil Act. No. 3:23-cv-00201<br><br>United States Magistrate Judge<br>Christopher B. Brown |

**JUDGMENT ORDER**

**AND NOW**, this 17th day of November, 2025, it is hereby **ORDERED, ADJUDGED AND DECREED** that pursuant to Rule 58 of the Federal Rules of Civil Procedure **FINAL JUDGMENT** is hereby entered in favor of Respondents, Superintendent Hainsworth and District Attorney of Bedford County, and against Petitioner, Mark Allen Prinkey.

                                                    BY THE COURT:

                                                    s/Christopher B. Brown
                                                    Christopher B. Brown
                                                    United States Magistrate Judge